UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1720**

DAX JOHNSON,

    Plaintiff - Appellant,

        v.

MICHAEL SANTOMASSIMO, a man acting as CFO for Wells Fargo Bank;
WELLS FARGO BANK,

    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, Senior District Judge.  (1:21-cv-00766-RDB)

Submitted:  November 18, 2021                    Decided:  November 19, 2021

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dax Johnson, Appellant Pro Se.  Daniel Zev Herbst, REED SMITH LLP, Washington,
D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dax Johnson appeals the district court's order granting Appellees' motion to dismiss his complaint pursuant to Fed. R. Civ. P. 12(b)(2), (6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Johnson v. Santomassimo*, No. 1:21-cv-00766-RDB (D. Md. May 27, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*